1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0202 MCE |
| Plaintiff, | ) | |
| v. | ) | ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| DAVID L. JACKSON | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on March 17, 2006, IT IS HEREBY ORDERED that the trial confirmation hearing and the trial date of March 21, 2006, and April 12, 2006, be vacated and that a status conference be held on April 4, 2006, at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 17, 2006, stipulation, the time under the Speedy Trial Act is excluded from March 21, 2006, through April 4, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 22, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE