1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI A. NEGIN, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   David L. Jackson

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )   No. CR-S-05-202 MCE
                                  )
13              Plaintiff,        )
                                  )   ORDER SEALING RECORD
14      v.                        )
                                  )
15 David L. Jackson,              )
                                  )
16              Defendant.        )
                                  )
17 _____)

18

19      On September 7, 2006, the Court received Defendant's Declaration.
20 This declaration contains personal information.
21      IT IS HEREBY ORDERED that the Clerk of the Court shall file the
22 document under seal and serve it on the parties.
23 Dated: September 15, 2006

24                                     _____
                                       MORRISON C. ENGLAND, JR.
25                                     United States District Court

26

27

28